Case 1:24-cv-04410-JLR   Document 4   Filed 06/11/24   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

## Southern District of New York

| | |
|---|---|
| SUSAN COMPETELLO, on behalf of herself and all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Queenly, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.   1:24-cv-4410 |

## SUMMONS IN A CIVIL ACTION

To: *Defendant(s)*

> Queenly, Inc.
> C/O Trisha Bantigue
> 880 Harrison Street
> Suite 204
> San Fransisco,CA  94107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jon Norinsberg, Esq.
> Norinsberg Law LLC
> 110 E.59th Street
> Suite 2300
> New York, NY
> 10022
> (212) 227-5700

*CLERK OF COURT*

Date:  6/11/2024                                        /s/ P. Canales

                                        *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-4410

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Queenly, Inc.</u> was received by me on *(date)* <u>Jul 3, 2024, 9:44 am.</u>

☐    I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒    I served the summons on *(name of individual)* <u>Left in the presence of Donna "Doe", registered agent representative</u> <u>(per agent policy they will no longer provide a name for acceptance). All legal documents must be left in the basket</u> <u>at front desk.</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Queenly,</u> <u>Inc.</u> on *(date)* <u>Wed, Jul 03 2024 at 3:03 PM</u> ; or

☐    I returned the summons unexecuted because: _____ ; or

☐    Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _

I declare under penalty of perjury that this information is true.

Date: July 5, 2024

_____
Server's signature

Sharlene Brooks, Process Server
_____
*Printed name and title*

3516 Silverside Road, Unit 16, Wilmington, DE 19810
_____
*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons in a Civil Action; Class Action Complaint and Demand for Jury Trial; Exhibits A and B; and Civil Cover Sheet

1) Successful Attempt: Jul 3, 2024, 3:03 pm EDT at The Company Corporation 251 Little Falls Drive, Wilmington, DE 19808 received by Left in the presence of Donna "Doe", registered agent representative (per agent policy they will no longer provide a name for acceptance). All legal documents must be left in the basket at front desk.. Age: 57; Ethnicity: Caucasian; Gender: Female; Weight: 150 lb; Height: 5'6"; Hair: Brown;