**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

                            **Plaintiff(s),**

                                                                                                            \_\_\_\_\_ **Civ.** _____(\_\_\_)

                   **- against -**

                                                                                                          **CLERK'S CERTIFICATE**
                                                                                                            **OF DEFAULT**

                            **Defendant(s),**
-------------------------------------------------------------X

        **I, DANIEL ORTIZ, Acting Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on _____ with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) _____ by personally serving _____, *and proof of service was therefore filed on* _____, Doc. #(s) _____.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

      _____, 20\_\_\_                                   **DANIEL ORTIZ**
                                                                          **Acting Clerk of Court**

                                                                        **By: _____**
                                                                               **Deputy Clerk**