UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Susan Competello

                        **Plaintiff(s),**

                  1:24 Civ. 4410 (JLR)

        - against -

                  **CLERK'S CERTIFICATE OF DEFAULT**

Queenly, Inc.

                        **Defendant(s),**
-------------------------------------------------------------X

    I, DANIEL ORTIZ, Acting Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 06/10/2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Queenly, Inc. by personally serving Donna "Doe", Registered Agent, and proof of service was therefore filed on 07/15/24, Doc. #(s) 6.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

      September 19, 2024

                                      **DANIEL ORTIZ**
                                  **Acting Clerk of Court**

                         **By:** _____
                                      **Deputy Clerk**